# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | WMP-109 Medical Panel PC ("Accused product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://portwell.com/products/detail.php?CUSTCHAR1=WMP-109 |



# WMP-109

## Medical AIO Fanless Panel PC

Radio Frequency (RF) Device

### Features

- Four Cores Intel® N97 Processor
- Industrial HMI Office Level EMC class B Certified
- Medical Grade UL/MDR Certification By Request
- Door Display with PoE for Customization
- Equipped with Power Button for User Friendly
- Fanless Type under 0~50℃ Operation Temp.
- Compact Size Ideally for Limited Space Installation
- TPM 2.0 On Board

https://portwell.com/pdf/medical-panel/WMP-109.pdf

| Major Options |
|---|
| RF — 1. 802.11 ac/a/b/g/n WLAN + Bluetooth 5.0 Module (802.11 ac/a/b/g/n WLAN antenna at top, bluetooth 5.0 antenna at I/O side) |
| Options — 2. Ethernet RJ45 male to female right angle adapter x 2 |
| 3. Operation system: Windows 10 IoT 2019 LTSC (64bit) / Windows 11 IoT LTSC |
| 4. 128G M.2 NVMe SSD storage |
| 5. 8G RAM module |

https://portwell.com/pdf/medical-panel/WMP-109.pdf

| | |
|---|---|
| | **Major Options** |
| | 1. 802.11 ac/a/b/g/n WLAN + Bluetooth 5.0 Module (802.11 ac/a/b/g/n WLAN antenna at top, bluetooth 5.0 antenna at I/O side)    Antennas |
| | 2. Ethernet RJ45 male to female right angle adapter x 2 |
| | 3. Operation system: Windows 10 IoT 2019 LTSC (64bit) / Windows 11 IoT LTSC |
| | 4. 128G M.2 NVMe SSD storage |
| | 5. 8G RAM module |
| | https://portwell.com/pdf/medical-panel/WMP-109.pdf |
| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.). <br><br> As per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth uses antennas of same frequency which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range. |



# WMP-109

## Medical AIO Fanless Panel PC

Radio Frequency (RF) Device

### Features

- Four Cores Intel® N97 Processor
- Industrial HMI Office Level EMC class B Certified
- Medical Grade UL/MDR Certification By Request
- Door Display with PoE for Customization
- Equipped with Power Button for User Friendly
- Fanless Type under 0~50℃ Operation Temp.
- Compact Size Ideally for Limited Space Installation
- TPM 2.0 On Board

https://portwell.com/pdf/medical-panel/WMP-109.pdf

| Major Options | |
|---|---|
| RF | |
| Options | 1. 802.11 ac/a/b/g/n WLAN + Bluetooth 5.0 Module (802.11 ac/a/b/g/n WLAN antenna at top, bluetooth 5.0 antenna at I/O side)<br>2. Ethernet RJ45 male to female right angle adapter x 2<br>3. Operation system: Windows 10 IoT 2019 LTSC (64bit) / Windows 11 IoT LTSC<br>4. 128G M.2 NVMe SSD storage<br>5. 8G RAM module |

https://portwell.com/pdf/medical-panel/WMP-109.pdf

**Major Options**

1. 802.11 ac/a/b/g/n WLAN + Bluetooth 5.0 Module (802.11 ac/a/b/g/n WLAN antenna at top, bluetooth 5.0 antenna at I/O side)     Antennas
2. Ethernet RJ45 male to female right angle adapter x 2
3. Operation system: Windows 10 IoT 2019 LTSC (64bit) / Windows 11 IoT LTSC
4. 128G M.2 NVMe SSD storage
5. 8G RAM module

https://portwell.com/pdf/medical-panel/WMP-109.pdf

**802.11 TYPES & FREQUENCY BANDS**

| IEEE 802.11 VARIANT | FREQUENCY BANDS USED | COMMENTS |
|---|---|---|
| 802.11a | 5GHz | Read more about **802.11a** |
| 802.11b | 2.4GHz | Read more about **802.11b** |
| 802.11g | 2.4GHz | Read more about **802.11g** |
| 802.11n | 2.4 & 5 GHz | Read more about **802.11n** |
| 802.11ac | Below 6GHz | Read more about **802.11ac** |
| 802.11ad | Up to 60 GHz | Read more about **802.11ad** |

https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | Bluetooth® Classic | Bluetooth® LE |
|---|---|---|
| **Frequency Band** | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) |
| **Channels** | 79 channels with 1 MHz spacing | 40 channels with 2 MHz spacing (3 advertising channels/37 data channels) |

| | https://www.bluetooth.com/learn-about-bluetooth/tech-overview/ <br><br> Wi-Fi and Bluetooth Low Energy ^ <br><br> Several IoT devices can use both Bluetooth LE and Wi-Fi connectivity, allowing them to connect to the Internet and exchange data with other devices and cloud-based services. For example, a smartwatch that uses Bluetooth LE to connect to a smartphone might also include Wi-Fi connectivity to connect to the Internet and access additional features and functionality. <br><br> https://www.nordicsemi.com/Products/Wireless/WiFi |
|---|---|